**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL MARTINKA,<br><br>      Plaintiff,<br><br>    v.<br><br>NEW THAI TOWN USA INC.,<br><br>      Defendant. | Case No. 2:24-cv-06072-SPG-E<br><br>**JUDGMENT [JS-06]** |

Pursuant to the Court's December 4, 2024, Order Granting Plaintiff's Motion for Default Judgment, (ECF No. 16),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Judgment is entered in favor of Plaintiff Paul Martinka ("Plaintiff") on his Complaint, (ECF No. 1), in the amount of $9,168.00.  This calculation includes:

    1.    Statutory damages in the amount of $7,710.00 for Plaintiff's claim of copyright infringement pursuant to the Copyright Act, with respect to the Photograph identified in the Complaint;

    2.    Attorneys' fees in the amount of $971.00; and

1

3. Costs in the amount of $487.00.

**IT IS SO ORDERED**

Dated: November 25, 2025

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE